**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00018-CR**
_____

**LEBARON MIKHAIL DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR29661**

**MEMORANDUM OPINION**

A jury found Appellant Lebaron Mikhail Davis guilty of Sexual Assault of a Child and sentenced him to ten years' incarceration to be probated for ten years because this was his first felony offense. *See* Tex. Penal Code Ann. § 22.011(a)(2).

Subsequently, the State filed motions to revoke Davis's community supervision. Davis pleaded "true" to violating two terms of the community supervision order. After conducting an evidentiary hearing, the trial court found the

1

evidence was sufficient in both cases to find that Davis violated the terms of his community supervision. The trial court revoked Davis's community supervision and assessed punishment at six years of confinement.

Davis's appellate counsel filed an *Anders* brief that present counsel's professional evaluation of the records and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On March 6, 2023, we granted an extension of time for Davis to file a pro se brief, and notified him of the deadline for doing so. We received no response from Davis.

We have reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues supports the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

---

[1] Davis may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
JAY WRIGHT
Justice

Submitted on July 7, 2023
Opinion Delivered August 2, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.